UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR WAGNER,
    Plaintiff,

v.      No. 5:18-cv-01813

WAYPOINT RESOURCE GROUP, LLC,
    Defendant.

# O R D E R

**AND NOW**, this 13th day of February, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant's Motion to Dismiss, ECF No. 8, is **GRANTED**.

2. Plaintiff's Motion Opposing Defendant's Motion to Dismiss, ECF No. 10, is **DENIED**.

3. The Complaint, ECF No. 2, is **DISMISSED with prejudice**.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
021119